826

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Thomas Joseph COLEMAN,
III, Respondent.

No. 1000 Disciplinary Docket
No. 3—Supreme Court.

Supreme Court of Pennsylvania.

April 19, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissent to the Majority Report and Recommendations of the Disciplinary Board dated January 24, 2005, it is hereby

ORDERED that THOMAS JOSEPH COLEMAN, III, be and he is SUSPENDED from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

James A. BOLDEN, Respondent.

No. 1002 Disciplinary Docket
No. 3—Supreme Court.

Supreme Court of Pennsylvania.

April 19, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 25, 2005, it is hereby

ORDERED that JAMES A. BOLDEN be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.